# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Paul Thatcher,
      Plaintiff,

          vs

Warden, Lebanon Correctional, *et al.*,
      Defendants.

Case No. 1:12cv470

Judge Weber
Magistrate Judge Bowman

## CALENDAR ORDER

This matter shall proceed as follows:

1. Discovery deadline:                              July 15, 2013

2. Dispositive motion deadline:            September 15, 2013

Final pretrial conference and trial dates shall be set after resolution of all dispositive motions.

**IT IS SO ORDERED.**

*Stephanie K Bowman*
Stephanie K. Bowman
United States Magistrate Judge