**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


**PAUL W. THATCHER, JR.,**

        **Plaintiff**

        **v.**                          **C-1-12-470**

**WARDEN, LEBANON**
**CORRECTIONAL INSTITUTION,**
*et al*,

        **Defendants**


<u>**ORDER**</u>

        This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 61) to which neither party has objected.

        Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Report and Recommendation of the United States Magistrate Judge (doc. no. 61) is hereby ADOPTED AND INCORPORATED HEREIN BY

2

REFERENCE.  Defendant's' Motion for Summary Judgment (doc. no. 54)

is GRANTED and defendant's Motion to Dismiss (doc. no. 59) is MOOT.

This case is DISMISSED AND TERMINATED on the docket of this

Court.

IT IS SO ORDERED.

s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court
